
# EXHIBIT 1

**Registration Number**

**TX 9-460-681**

**Effective Date of Registration:**
December 31, 2024
**Registration Decision Date:**
January 21, 2025

## Title

**Title of Work:** BCF09 - Advertising Text

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** July 25, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Tub Works, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Tub Works, LLC
8 The Green, Suite A, Dover, DE, 19901, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Tub Works, LLC
**Name:** John V. Zambrzycki
**Email:** jzambrzy@gmail.com
**Telephone:** (312)543-3707
**Address:** 11531 156th Street
Orland Park, IL 604067 United States

## Certification

Page 1 of 2

**Name:** John V Zambrzycki
**Date**: December 31, 2024

**Registration Number**

# VA 2-419-109

**Effective Date of Registration:**
October 22, 2024
**Registration Decision Date:**
October 24, 2024

## Title

    **Title of Work:**  BCF Canister Wrap

## Completion/Publication

    **Year of Completion:**  2023
    **Date of 1st Publication:**  July 25, 2023
    **Nation of 1st Publication:**  United States

## Author

-     **Author:**  Tub Works, LLC
    **Author Created:**  2-D artwork
    **Work made for hire:**  Yes
    **Citizen of:**  United States
    **Domiciled in:**  United States

## Copyright Claimant

    **Copyright Claimant:**  Tub Works, LLC
    8 The Green, Suite A, Dover, DE, 19901, United States

## Rights and Permissions

    **Name:**  John Zambrzycki
    **Email:**  jzambrzy@gmail.com

## Certification

    **Name:**  Louis J. Levy
    **Date:**  October 22, 2024

**Correspondence:** Yes

**Registration Number**

**VA 2-419-736**

**Effective Date of Registration:**
October 22, 2024
**Registration Decision Date:**
October 29, 2024

## Title

**Title of Work:** BBP Bubbly Eruption

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** March 23, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Tub Works, LLC
  **Author Created:** 2-D artwork, photograph
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Tub Works, LLC
8 The Green, Suite A, Dover, DE, 19901, United States

## Rights and Permissions

**Name:** John Zambrzycki
**Email:** jzambrzy@gmail.com

## Certification

**Name:** Louis J. Levy
**Date:** October 22, 2024

**Correspondence:** Yes

**Registration Number**

**VA 2-420-139**

**Effective Date of Registration:**
October 22, 2024
**Registration Decision Date:**
October 31, 2024

## Title

    **Title of Work:**  BCF Designed for Bathtime

## Completion/Publication

    **Year of Completion:**  2023
    **Date of 1st Publication:**  July 25, 2023
    **Nation of 1st Publication:**  United States

## Author

-     **Author:**  Tub Works, LLC
    **Author Created:**  2-D artwork
    **Work made for hire:**  Yes
    **Citizen of:**  United States
    **Domiciled in:**  United States

## Copyright Claimant

    **Copyright Claimant:**  Tub Works, LLC
    8 The Green, Suite A, Dover, DE, 19901, United States

## Limitation of copyright claim

    **Material excluded from this claim:**  photograph

    **New material included in claim:**  2-D artwork

## Rights and Permissions

    **Name:**  John Zambrzycki
    **Email:**  jzambrzy@gmail.com

## Certification

**Name:** Louis J. Levy
**Date**: October 22, 2024

---

**Correspondence:** Yes

**Registration Number**

**VA 2-420-140**

**Effective Date of Registration:**
October 22, 2024
**Registration Decision Date:**
October 31, 2024

## Title

**Title of Work:** BBP Simple and Scientific

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** March 31, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Tub Works, LLC
  **Author Created:** 2-D artwork, photograph
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Tub Works, LLC
8 The Green, Suite A, Dover, DE, 19901, United States

## Rights and Permissions

**Name:** John Zambrzycki
**Email:** jzambrzy@gmail.com

## Certification

**Name:** Louis J. Levy
**Date:** October 22, 2024

**Correspondence:** Yes

**Registration Number**

# VA 2-450-028

**Effective Date of Registration:**
December 31, 2024
**Registration Decision Date:**
June 25, 2025

## Title

**Title of Work:** BCF04 - Safe & NonToxic

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** July 25, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Tub Works, LLC
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Tub Works, LLC
8 The Green, Suite A, Dover, DE, 19901, United States

## Rights and Permissions

**Organization Name:** Tub Works, LLC
**Name:** John V. Zambrzycki
**Email:** jzambrzy@gmail.com
**Telephone:** (312)543-3707
**Address:** 11531 156th Street
Orland Park, IL 604067 United States

## Certification

**Name:** John V Zambrzycki
**Date**: December 31, 2024

---

**Correspondence:** Yes

**Registration Number**

# VA 2-450-070

**Effective Date of Registration:**
December 31, 2024
**Registration Decision Date:**
June 25, 2025

## Title

    **Title of Work:** BCF06 - Fizzy Colorful Fun

## Completion/Publication

    **Year of Completion:** 2023
    **Date of 1st Publication:** July 25, 2023
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Tub Works, LLC
    **Author Created:** photograph
    **Work made for hire:** Yes
    **Domiciled in:** United States

## Copyright Claimant

    **Copyright Claimant:** Tub Works, LLC
    8 The Green, Suite A, Dover, DE, 19901, United States

## Rights and Permissions

    **Organization Name:** Tub Works, LLC
    **Name:** John V. Zambrzycki
    **Email:** jzambrzy@gmail.com
    **Telephone:** (312)543-3707
    **Address:** 11531 156th Street
    Orland Park, IL 604067 United States

## Certification

**Name:** John V Zambrzycki
**Date**: December 31, 2024

---

**Correspondence:** Yes

**Registration Number**

# VA 2-450-076

**Effective Date of Registration:**
December 31, 2024
**Registration Decision Date:**
June 25, 2025

## Title

    **Title of Work:** BCF08 - What Colors Will You Make

## Completion/Publication

    **Year of Completion:** 2023
    **Date of 1st Publication:** July 25, 2023
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Tub Works, LLC
    **Author Created:** photograph
    **Work made for hire:** Yes
    **Domiciled in:** United States

## Copyright Claimant

    **Copyright Claimant:** Tub Works, LLC
    8 The Green, Suite A, Dover, DE, 19901, United States

## Rights and Permissions

    **Organization Name:** Tub Works, LLC
    **Name:** John V. Zambrzycki
    **Email:** jzambrzy@gmail.com
    **Telephone:** (312)543-3707
    **Address:** 11531 156th Street
    Orland Park, IL 604067 United States

## Certification

**Name:** John V Zambrzycki
**Date**: December 31, 2024

---

**Correspondence:** Yes

**Registration Number**
# TX 9-440-519
**Effective Date of Registration:**
October 28, 2024
**Registration Decision Date:**
October 31, 2024

## Title

      **Title of Work:**  BPP Advertising Text

## Completion/Publication

      **Year of Completion:**  2024
    **Date of 1st Publication:**  March 15, 2024
  **Nation of 1st Publication:**  United States

## Author

-          **Author:**  Tub Works, LLC
      **Author Created:**  text
    **Work made for hire:**  Yes
         **Citizen of:**  United States

## Copyright Claimant

    **Copyright Claimant:**  Tub Works LLC
                                 8 The Green, Suite A, Dover, DE, 19901

## Rights and Permissions

              **Name:**  John Zambrzycki
              **Email:**  jzambrzy@gmail.com

## Certification

              **Name:**  Louis J. Levy
              **Date**:  October 22, 2024

**Correspondence:** Yes