# EXHIBIT 2

# United States of America
### United States Patent and Trademark Office



**Reg. No. 7,393,724**

**Registered May 21, 2024**

**Int. Cl.: 3**

**Trademark**

**Supplemental Register**

Tub Works, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
#1078
1041 N. Dupont Hwy
Dover, DELAWARE 19901

CLASS 3: tablets used to dye bath water various colors and hues

FIRST USE 6-1-2023; IN COMMERCE 6-1-2023

The mark consists of The word BATH above the words COLOR FIZZIES, all written in stylized letters with shadowing.

No claim is made to the exclusive right to use the following apart from the mark as shown: "fizzies"

SER. NO. 98-224,204, FILED P.R. 10-14-2023; AM. S.R. 04-10-2024

*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office

# DESIGNED FOR BATHTIME

**Reg. No. 7,893,912**

**Registered Aug. 12, 2025**

**Int. Cl.: 2, 3, 16**

**Trademark**

**Supplemental Register**

Tub Works, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1041 N. Dupont Hwy.
#1078
Dover, DELAWARE 19901

CLASS 2: Paints in handheld stick form; child safe paints; child safe paints for use in the bath

FIRST USE 08-15-2022 ; IN COMMERCE 08-15-2022

CLASS 3: Bath soaps; foaming bath soaps, bubbling bath soaps; moldable bath soap for children; bath bombs that release soothing vapors; bath fizzies featuring child safe coloring agents for water, fizzing and bubbling agents for water and sound creating agents for water

FIRST USE 08-15-2022 ; IN COMMERCE 08-15-2022

CLASS 16: Crayons and coloring sticks in the nature of crayons for use in the bathtub

FIRST USE 08-15-2022 ; IN COMMERCE 08-15-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 98-895,209, FILED P.R. 12-10-2024; AM. S.R. 06-27-2025



Acting Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,882,399**
**Registered Aug. 05, 2025**
**Int. Cl.: 2, 3, 16, 28**
**Trademark**
**Principal Register**

Tub Works, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1041 N. Dupont Hwy.
#1078
Dover, DELAWARE 19901

CLASS 2: Paints in handheld stick form; child safe paints; child safe paints for use in the bath;

FIRST USE 03-01-2024 ; IN COMMERCE 03-01-2024

CLASS 3: Bath soaps; foaming bath soaps; bubbling bath soaps; body lotions; moldable bath soap for children; essential oils for personal use; bath bombs that release soothing vapors; Bath crystals comprised of child safe coloring agents for water, fizzing and/or bubbling agents for water, and sound creating agents for water;

FIRST USE 03-01-2024 ; IN COMMERCE 03-01-2024

CLASS 16: Arts and craft paint kits and coloring kits; child safe crayons and coloring sticks in the nature of crayons; child safe crayons and coloring sticks in the nature of crayons for use in the bath;

FIRST USE 03-01-2024 ; IN COMMERCE 03-01-2024

CLASS 28: Bath toys; magnet-enabled bath toys; wind up swimming toys; floating and/or swimming bath toys in the form of animals; matching games being memory games; matching games with waterproof parts; children's educational shape games for developing fine motor, cognitive and counting skills; children's educational shape games with waterproof parts for developing fine motor, cognitive and counting skills

FIRST USE 03-01-2024 ; IN COMMERCE 03-01-2024

The mark consists of the words "TUB WORKS" drawn within a styized rectangular superimposed over a design of miscellaneously shaped bubbles.

*Acting Director of the United States Patent and Trademark Office*



OWNER OF U.S. REG. NO. 7180722

No claim is made to the exclusive right to use the following apart from the mark as shown: "TUB"

SER. NO. 98-895,115, FILED 12-10-2024

Page: 2 of 3 / RN # 7882399

# United States of America
### United States Patent and Trademark Office

# TUB WORKS

**Reg. No. 7,180,722**

**Registered Oct. 03, 2023**

**Int. Cl.: 3, 28**

**Trademark**

**Principal Register**

Tub Works, LLC (DELAWARE LIMITED LIABILITY COMPANY)
#1078
1041 N. Dupont Hwy
Dover, DELAWARE 19901

CLASS 3: Bath bombs; Bath soaps; Liquid bath soaps

FIRST USE 8-1-2022; IN COMMERCE 8-1-2022

CLASS 28: Bath toys; Inflatable bath toys

FIRST USE 8-1-2022; IN COMMERCE 8-1-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "TUB"

SER. NO. 97-554,573, FILED 08-18-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office

